2015 FEB 19 PM 12:30
FILED IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FEB. 19, 2015

RE: COURT OF APPEALS # 04-14-00125-CR
TRIAL COURT #5481
Style: JUAN MARTINEZ
V. The STATE OF TEXAS

ATTN: KEITH E HOTTLE, CLERK / JONATHAN QUINTERO, Deputy Clerk
Dear Sir / Ms.

Back on Dec 19, 2014 I, JUAN MARTINEZ 1925996, Received a Letter from The FOURTH COURT OF Appeals. In The Letter it said, DISTRICT CLERK OF KENDALL County, is To provide me with a Free Copy OF The CLERK's Records and The Reporter's Record for TRIAL COURT CASE #5481 by JAN 8, 2015. I get The copy's on JAN 7, 2015. The problem is The DISTRICT CLERK send me DVD/CD, which TEXAS Department of CRIMINAL JUSTICE (TDCJ) does NOT ALLOW INMATE To Receive OR have NO MATTER Who They ARE From. So I was denied The DVD/CD by TDCJ. On The same day, JAN 7, 2015, I sent a Letter To DISTRICT CLERK, KENDALL County, stateing The problem with The DVD/CD. I ASK The DISTRICT CLERK IF They could send me paper copys of The Reporter's Record ETC. I never Received a Reply from Them.

On Feb 2, 2015, I Received a Letter from my wife, saying she got a Phone call from KENDALL DISTRICT CLERK, STATING They would MAKE copys on DVD/CD OF Reporter's Records ETC. She was Tell she could pick-up The DVD AT Their OFFICE, Then she could MAKE paper copys And send To Me, which is O.K.

The problem is I'M Running out of time The court gave me (Feb 17, 2015) I'M asking, with The Court permission, if I MAY have a 90 day Extention for my pro se brief. Since I'M not a Lawyer and have No Knowledge on The Rules of Appellate Procedure, I Need More Time To get The paper copys of Records Etc. and go To Law Library and do some Research.

I Thank you for your Time and understanding in This matter. Again I Thank you

Your Truly, Juan Martinez

Address: Juan Martinez
1925996

W. Clements Unit
9601 Spur 591
Amarillo, Tx 79107



Juan Martinez 1925996
W. Clements Un.T
9601 Spur 591
Amarillo, Tx 79107-9606

FILED
HE COURT
SAN ANTO
015 FEB -9 PM 12: 30

Keith E. Hottle

AMARILLO TX 791
05 FEB 2015 PM 2 T

Fourth Court of Appeals District

ATT: Keith E. Hottle, clerk / Jonathan Quintero, Deputy Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037

FOREVER
USA